1  GARRICK S. LEW (State Bar #61889)
   Law Offices of Garrick S. Lew
2  1000 Townsend Street, Suite 488
   San Francisco, CA 94103-488
3  Telephone: (415) 575-3588
   Facsimile:  (415) 522-1506
4  gsl@defendergroup.com

5  Attorneys for Defendant

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,         )
                                     )   CR No.11-0470 CRB
12         Plaintiff,                )
                                     )
13     vs.                           )   [~~Proposed~~] ORDER EXONERATING
                                     )   PROPERTY BOND
14 TRANG MAN LOOC,                   )
                                     )
15         Defendant.                )
                                     )
16 _____

17     Defendant TRANG MAN LOOC voluntarily surrendered at Taft, Correctional Institution on

18 October 1, 2012 pursuant to the court's Judgment of April 25, 2012.

19     IT IS HEREBY ORDERED that defendant's property bond, posted by surety Liz H. Nguyen

20 may be exonerated at this time.  The Clerk of the Court is directed to reconvey the Short Form Deed

21 of Trust and Assignment of Rents in favor of Trustee, RICHARD WIEKING, Clerk of the United

22 States District Court for the real property located at 669 Sierra Point Road, Brisbane, CA 94005,

23 recorded in San Mateo County on April 28, 2011, instrument no. 2011-048507 to Trustor Liz H.

24 Nguyen.

26 DATED: October 3, 2012

27                                  _____
                                    The Hon. Charles R. Breyer
                                    United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*